UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
GERROD WORTHY,

                       Plaintiff,

-against-

CLARENCE SMITH, BARRINGTON DWYER AND
ROCHDALE VILLAGE, INC., and JOHN DOES 1,2,3
(Whose identities are unknown but who are known to
the special patrol officers employed by Rochdale
Village, Inc.

                       Defendants.
-------------------------------------------------------------------- X

**Rule 7.1 DISCLOSURE STATEMENT**

**10 CV 5278**
(Dearie, Ch, J) (Mann, M)

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, CLARENCE SMITH, BARRINGTON DWYER AND ROCHDALE VILLAGE, INC, certifiy that the following corporate parent, affiliates and/or subsidiaries of said party which are publicly held:

NONE.

The undersigned acknowledges that a supplemental statement will need to be

filed in the event that any of the information contained herein changes during the pending of the action.

Dated: New York, New York
January 3, 2011

Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Tracy J. Abatemarco (TA 9250)
Attorneys for Defendants
CLARENCE SMITH, BARRINGTON DWYER AND ROCHDALE VILLAGE, INC
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
File No. 11397.00141

TO: Garnett H. Sullivan, Esq.
Attorney for Plaintiff
245-02 Jericho Turnpike
Floral Park, New York 11001
(516) 285-1575

4276927.1

# CERTIFICATE OF SERVICE

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK )

I, CHRISTINE ALKATABI, hereby certify that a true and correct copy of the foregoing RULE 7.1 DISCLOSURE STATEMENT, was caused to be served by first class mail on the following counsel of record, as indicated below on the 4 day of Jan., 2011:

    Garnett H. Sullivan, Esq.
    Attorney for Plaintiff
    245-02 Jericho Turnpike
    Floral Park, New York 11001

_____
CHRISTINE ALKATABI

Sworn to before me this
4th day of January 2011

_____
NOTARY PUBLIC

RENATE M. ZIELINSKI
NOTARY PUBLIC, State of New York
No. 01ZI4862215
Qualified in Suffolk County
Commission Expires July 14, 20 14