UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
GERROD WORTHY,

                 Plaintiff,

-against-

CLARENCE SMITH, BARRINGTON DWYER AND
ROCHDALE VILLAGE, INC., and JOHN DOES 1,2,3
(Whose identities are unknown but who are known to
the special patrol officers employed by Rochdale
Village, Inc.

                 Defendants.
---------------------------------------------------------------- X

**SUPPLEMENTAL RULE 26 DISCLOSURE**

**10 CV 5278**
(Dearie, Ch, J) (Mann, M)
(TA 9250)

Defendants CLARENCE SMITH, BARRINGTON DWYER AND ROCHDALE VILLAGE, INC, by their attorneys Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as and for their disclosure pursuant to Rule 26 states as follows:

    A.    Witnesses: the defendant is aware of the following witness with knowledge:

Officer Clarence Smith, Officer Barrington Dwyer and Officer Marc Taylor.

    B.    The defendant may support its defenses by police and arrest records. Enclosed are copies of the surveillance videos pertaining to the incident and arrest.

    C.    Not applicable.

    D.    Insurance coverage is maintained through AGCS Marine Insurance Company f/k/a Interstate Indemnity Company.

Company. A copy of the insurance policy is available for inspection and copying.

Dated: New York, New York
February 17, 2011

    Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Tracy J. Abatemarco (TA 9250)
Attorneys for Defendants
CLARENCE SMITH, BARRINGTON DWYER AND ROCHDALE VILLAGE, INC
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
File No. 11397.00141

TO: Garnett H. Sullivan, Esq.
Attorney for Plaintiff
245-02 Jericho Turnpike
Floral Park, New York 11001
(516) 285-1575

## CERTIFICATE OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

I, CHRISTINE ALKATABI, hereby certify that a true and correct copy of the foregoing SUPPLEMENTAL RULE 26 DISCLOSURE, was caused to be served by first class mail on the following counsel of record, as indicated below on the 17 day of Feb, 2011:

Garnett H. Sullivan, Esq.
Attorney for Plaintiff
245-02 Jericho Turnpike
Floral Park, New York 11001

_____
CHRISTINE ALKATABI

Sworn to before me this
18th day of February  2011

_____
NOTARY PUBLIC

RENATE M. ZIELINSKI
NOTARY PUBLIC, State of New York
No. 01ZI4852215
Qualified in Suffolk County
Commission Expires July 14, 20 14

- 3 -