April 1, 2011

Hon. Raymond J. Dearie
United States District Court
Eastern District of New York
225Cadman Plaza East
Brooklyn, NY 11201

Re: WORTHY v. SMITH et al
10-cv-05278 (RJD)(RLM)

Dear Judge Dearie:

Please be advised that the above-referenced action has been settled by the parties for a total sum of $35,000.00.

In view of the settlement it is requested that the conference scheduled for April 14, 2011 be cancelled. A stipulation of discontinuance of the action will be filed shortly.

Respectfully,

/s/ Garnett H. Sullivan
**GARNETT H. SULLIVAN, ESQ.**
**Attorney for Plaintiff GERROD WORTHY**

cc: Hon. Roanne L. Mann
Magistrate, United States District Court

cc: Tracy Abatemarco
Attorney for Defendants